**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

EDITH NORRIS                                                            PLAINTIFF

AND

WAL-MART ASSOCIATES AND NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH, PA            INTERVENORS

V.                                           CIVIL ACTION NO. 3:13-CV-00108-SA-SAA

BOTTLING GROUP, LLC, FORMERLY DOING
BUSINESS AS PEPSI COLA GENERAL
BOTTLERS, INC., AND
DIA PHILLIPS, INDIVIDUALLY                               DEFENDANTS

**ORDER**

This matter comes before the Court on the parties' Joint Motion to Stay Proceedings [71]. The parties advise the Court that a global settlement agreement has been reached in this matter with respect to Plaintiff's claims against Defendants, Plaintiff's claims against Intervenors, and Intervenor's claims against Defendants. The parties further advise that the settlement agreement includes the establishment of a Medicare Set Aside ("MSA") for the payment of Plaintiff's future medical expenses which must be approved by the Centers for Medicare and Medicaid Services ("CMS"). The parties represent to the Court that the process of obtaining such approval could potentially take several months and request that all proceedings in this matter be stayed pending approval of the settlement agreement.

Accordingly, the Court finds the parties' Joint Motion is well taken and is hereby GRANTED. Counsel for the parties shall periodically advise the Court as to the ongoing status of this matter by filing a status report upon the docket every ninety days until the stay is lifted.

Further, counsel for the parties shall advise the Court within thirty days of a decision being issued by CMS with regard to the approval or disapproval of the MSA and settlement agreement.

SO ORDERED, this the 18th day of July, 2014.

  /s/ Sharion Aycock_____
UNITED STATES DISTRICT JUDGE