IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

EDITH NORRIS                                                                                    PLAINTIFF

AND

WAL-MART ASSOCIATES AND NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH, PA                         INTERVENORS

V.                                                      CIVIL ACTION NO. 3:13-CV-108-SA-SAA

BOTTLING GROUP, LLC,
FORMERLY DOING BUSINESS AS
PEPSI COLA GENERAL BOTTLERS, INC.,
AND DIA PHILLIPS, INDIVIDUALLY                                              DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be and the same is hereby dismissed with prejudice, with each party bearings its own costs.

SO ORDERED AND ADJUDGED this the 1st day of April, 2015.

                                                                  /s/ Sharion Aycock
                                                                  UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:


/s/ Philip A. Stroud
Philip A. Stroud, Esq. - MS Bar #99401
*Attorneys for the Plaintiff*

/s/ Roxanne P. Case
Roxanne P. Case, Esq. - MS Bar #10638
*Attorney for Intervenors*

/s/ Robert F. Stacy, Jr.
Robert F. Stacy, Jr., Esq. - MS Bar #7764
*Attorneys for Defendants Bottling Group, LLC and Dia Phillips*